(May 2, 1996)

■ In the Matter of NEHIAL W., a Person Alleged to be a Juvenile Delinquent, Appellant. [642 NYS2d 3] —Order of disposition, Family Court, New York County (Leah Marks, J.), entered August 8, 1995, which adjudicated respondent-appellant a juvenile delinquent and placed him with the Division for Youth for 18 months, following a fact-finding determination that appellant committed acts which, if committed by an adult, would constitute the crimes of attempted assault in the second degree and criminal possession of a weapon in the fourth degree, unanimously affirmed, without costs.

Viewed in a light most favorable to the presentment agency (*Matter of Michael N.*, 181 AD2d 531), the evidence was legally sufficient to prove that appellant intended to cause physical injury to the security guard when he threw an aerosol can at him from a distance of approximately 10 feet, and that the aerosol can when used in this manner, was readily capable of causing "serious physical injury" within the meaning of Penal Law § 10.00 (10) and thus a "dangerous instrument" within the meaning of Penal Law § 10.00 (13) (*see, People v Carter*, 53 NY2d 113). Concur—Murphy, P. J., Milonas, Williams, Tom and Mazzarelli, JJ.